**MEMORANDUM ENDORSEMENT**

USA v. El Mujaahid

20-cr-99 (NSR)

The Court has reviewed Defendant's motion to suppress his post-arrest statement, dated August 7, 2020 (ECF No. 19), as well as the Government's response, dated September 2, 2020. (ECF No. 24.)

In light of the Government's representation that it does not intend to rely on the Defendant's post-arrest statement at trial, Defendant's suppression request is therefore DENIED as moot. *See, e.g.*, *United States v. Noble*, No. 93 Cr. 262, 1993 WL 307882, at *1 (S.D.N.Y. Aug. 12, 1993) ("[D]efendant Mendoza's motion to suppress post-arrest statements made subsequent to the giving of *Miranda* warnings is denied as moot, the government having stated that it will not offer such statements in evidence.").

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 19.

Dated:  October 9, 2020
White Plains, NY

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                  20-cr-99 (NSR)

      -against-

JARED EL MUJAAHID,                         Notice of Motion

       Defendant.

-------------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the annexed declaration of Theodore S. Green, attorney of record for Jared El Mujaahid, the annexed declaration and Jared El Mujaahid, and the prior proceedings herein, the undersigned will move this Court, before Hon. Nelson S. Roman, at the Courthouse, 300 Quarropas Street, White Plains, New York, 10601, for orders:

       1. Suppressing statements of the defendant on the ground that they were obtained in violation of his right to counsel, his right to remain silent and his privilege against self incrimination. U.S. Const., Amends. V and VI.

       2. Granting such other and further relief as may be appropriate.

Dated: August 7, 2020

                                                           Yours, etc.,

                                                           /s/ *Theodore S. Green*
                                                           Theodore S. Green
                                                           *Attorney for Jared El Mujaahid*
                                                           Green & Willstatter
                                                           200 Mamaroneck Avenue - Suite 605
                                                           White Plains, New York   10601
                                                           (914) 948-5656
                                                           theosgreen@msn.com

cc: All counsel (by ECF)



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 2, 2020

**BY ECF & EMAIL**

The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States</u> v. <u>Jared El Mujaahid</u>, 20 Cr. 99 (NSR)

Dear Judge Román:

    The Government writes in response to the defendant's motion to suppress his post-arrest statement. (Docket Entries 19-22). The Government does not intend to rely on the defendant's post-arrest statement at trial in this matter. His suppression request is therefore moot and should be denied. *See, e.g., United States v. Noble*, No. 93 Cr. 262, 1993 WL 307882, at *1 (S.D.N.Y. Aug. 12, 1993) ("[D]efendant Mendoza's motion to suppress post-arrest statements made subsequent to the giving of *Miranda* warnings is denied as moot, the government having stated that it will not offer such statements in evidence.").

                        Very truly yours,

                        AUDREY STRAUSS
                        Acting United States Attorney

by: _____
                        Benjamin A. Gianforti
                        Assistant United States Attorney
                        (914) 993-1919

cc:    *Theodore Green, Esq. (by ECF & email)*