UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JARED EL MUJAAHID,

             Defendant.

-----------------------------------------------x

**ORDER**

20 Cr.0099 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case   **Theodore Green**   is hereby ordered substituted
                                                    Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

    **Domenick Porco**   .
       Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
         October 19, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020