UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

JARED EL MUJAAHID,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2021__

No. 20-CR-99 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Defendant has filed an application for an order allowing him to enter a plea by video teleconference or by telephone conference before this Court or a Magistrate Judge of this Court pursuant to the CARES Act § 15002(b)(2)(A). (ECF No. 33.)

    A review of the docket reveals that the instant federal criminal action was commenced in December 2019 (ECF No. 1); Defendant has been detained at Westchester County Jail since his initial arrest by the Yonkers police on May 7, 2019 (ECF No. 33); Defendant is charged with one count of firearms trafficking in violation of 18 U.S.C § 922(a)(1)(A) and one count of being a felon in possession of a firearm in violation of 18 U.S.C § 922(g)(1) (ECF No. 9); a trial is scheduled for July 2021 (Minute Entry dated January 27, 2021); and Defendant wishes to enter a guilty plea pursuant to a negotiated plea agreement (ECF No. 33).

    In light of the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial as quickly as possible; and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Jared El Mujaahid can and should be permitted to change his plea by video teleconference or by telephone conference before this Court or a Magistrate Judge of this Court

pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant Jared El Mujaahid be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 33.

Dated: April 14, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge