UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

-against-

**7:20-cr-00099-NSR**

Jared El Mujaahid

Defendant(s).
------------------------------------------------------------------X

Defendant Jared El Mujaahid hereby voluntarily consents to participate in the following
proceeding via ☒ videoconferencing or ☒ teleconferencing:

Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
Indictment Form)

☒ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

Conference Before a Judicial Officer - Assignment of Counsel

_Jared Mujaahid El_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_JARED EL MUJAAHID_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_DOMENICK J. PORCO_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_5/14/21_
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge