UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
        USA,

        - against -

JARED EL MUJAAHID,
                       Defendant(s).
-------------------------------------------------------x

**RESCHEDULING ORDER**

20 CR 0099 (NSR)

NELSON S. ROMÁN, D.J.:

    Due to a scheduling conflict with Defendant's counsel, the in-person Sentencing scheduled for September 10, 2021 is hereby

    ORDERED **rescheduled, without objection by the Government, until September 22, 2021 at 10:00 am or, alternatively, September 23, 2021 at 2:45 pm.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.   To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:    White Plains, New York
              September 8, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2021